# MEMORANDUM CASES.

[Civ. No. 12390.   Second Appellate District, Division One.—August 11, 1939.]

FRANK HASKELL et al., Petitioners, v. THE SUPERIOR COURT OF LOS ANGELES COUNTY, Respondent.

James J. McCarthy for Petitioner.

THE COURT.—We have this day filed a memorandum in the case of *Rex, Inc.,* v. *Superior Court,* Civil No. 12389 (*ante,* p. 96 [93 Pac. (2d) 182]). For the reasons therein given the petition for a writ of prohibition is denied.

York, P. J., being absent, did not participate herein.